Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendants:
90 CHURCH STREET LIMITED PARTNERSHIP
and BOSTON PROPERTIES, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X   21 MC 103 (AKH)

LIGIA LEUNGAS                                                    Index No.: 08-CV-2285

       Plaintiff(s),          **NOTICE OF ADOPTION OF ANSWER**
                                                                 **TO MASTER COMPLAINT**
 -against-

90 CHURCH STREET LIMITED                                         **ELECTRONICALLY FILED**
PARTNERSHIP, *et al.*,

       Defendant(s).
------------------------------------------------------------X

  PLEASE TAKE NOTICE that Defendants, 90 CHURCH STREET LIMITED PARTNERSHIP and BOSTON PROPERTIES, INC., by their attorneys, McGIVNEY & KLUGER, P.C., as and for their Response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopt their Answer to Master Complaint dated August 2, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 103 (AKH).

  WHEREFORE, the defendants, 90 CHURCH STREET LIMITED PARTNERSHIP and BOSTON PROPERTIES, INC., demand judgment dismissing the above-captioned action as against them,

together with their costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
      June 19, 2008

                                              Yours etc.,

                                              McGIVNEY & KLUGER, P.C.
                                              Attorneys for Defendants
                                              90 CHURCH STREET LIMITED PARTNERSHIP
                                              and BOSTON PROPERTIES, INC.

                                              By: _____
                                                  Richard E. Leff (RL-2123)
                                                  80 Broad Street, 23rd Floor
                                                  New York, New York 10004
                                                  (212) 509-3456

TO:    WORBY GRONER & NAPOLI BERN, LLP
            Plaintiffs Liaison
            In Re Lower Manhattan Disaster Site
            Litigation
            115 Broadway, 12th Floor
            New York, New York 10006
            (212) 267-3700

            All Defense Counsel